UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESAM DESILVA,<br><br>Plaintiff(s),<br>v.<br><br>ALASKA AIRLINES, INC.,<br><br>Defendant(s). | CASE NO. C26-2531-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Time to File the Joint Status Report and Discovery Plan. Dkt. No. 59. The Court, having considered the parties' stipulation and the record herein, and finding good cause, hereby ORDERS as follows:

1. The parties' Stipulated Motion (Dkt. No. 59) is GRANTED.
2. The deadline to file the Joint Status Report and Discovery Plan is extended from September 15, 2026, to October 2, 2026.
3. The previous deadline for the Joint Status Report and Discovery Plan (Dkt. No. 56) is VACATED.

Dated this 14th day of September, 2026.

Kymberly K. Evanson
United States District Judge